MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS E. JORDAN and JEANETTE A. JORDAN, husband and wife,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF TACOMA, a municipal corporation; TACOMA POLICE DEPARTMENT, a subdivision of the City of Tacoma; MICHAEL GOETZ, individually and in his official capacity as a Tacoma Police Officer; GARY ROBERTS, individually and in his official capacity as a Tacoma Police Officer; and JOHN OTIS, individually and in his official capacity as a Tacoma Police Officer,<br><br>  Defendants. | NO.  C05-5797 KLS<br><br>STIPULATION AND ORDER TO ALLOW AMENDMENT OF DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES |

**STIPULATION**

COME NOW the parties, by and through their attorneys of record, and stipulate that defendants may file an amended answer to plaintiff's First

Amended Complaint for Damages to assert the public duty doctrine as an affirmative defense. The defendants' proposed Amended Answer is attached hereto as Exhibit 1.

| ELIZABETH A. PAULI, City Attorney | LAW OFFICES OF MONTE HESTER |
|---|---|
| By: <u>(original signed)</u><br>JEAN P. HOMAN<br>WSBA #27084<br>Attorney for Defendants | By: <u>(original signed)</u><br>BRETT A. PURTZER<br>WSBA #17283<br>Attorney for Plaintiffs |

### ORDER

Pursuant to the stipulation of the parties, the Court hereby grants leave for defendants to file an amended answer to plaintiffs' Complaint for Damages.

DATED this 27th day of March, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

ELIZABETH A. PAULI, City Attorney

By: <u>(original signed)</u>
JEAN P. HOMAN
WSB #27084
Of Attorneys for Defendants

Approved as to Form:

LAW OFFICES OF MONTE HESTER


By: \_\_\_\_\_(original signed)
BRETT A. PURTZER
WSBA #17283
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brett A. Purtzer.


_____
JEAN P. HOMAN, WSBA#27084
Attorney for Def. City of Tacoma
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA  98402
(253) 591-5885
Fax:  (253) 591-5755
jhoman@ci.tacoma.wa.us