MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS E. JORDAN and JEANETTE A. JORDAN, husband and wife,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF TACOMA, a municipal corporation; TACOMA POLICE DEPARTMENT, a subdivision of the City of Tacoma; MICHAEL GOETZ, individually and in his official capacity as a Tacoma Police Officer; GARY ROBERTS, individually and in his official capacity as a Tacoma Police Officer; and JOHN OTIS, individually and in his official capacity as a Tacoma Police Officer,<br><br>    Defendants. | NO.  C05-5797 KLS<br><br>STIPULATION AND ORDER OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties that the above-captioned matter has been fully settled and compromised, inclusive of attorneys' fees, and the lawsuit can be dismissed

with prejudice with all parties to bear their own costs.

    DATED this _____ day of April, 2007

| | |
|---|---|
| LAW OFFICES OF<br>MONTE E. HESTER, INC. P.S. | ELIZABETH A. PAULI, City Attorney |
| By: _____<br>BRETT A. PURTZER<br>WSB# 17283<br>Attorney for Plaintiff | By: _____<br>JEAN P. HOMAN<br>WSB# 27084<br>Attorney for Defendants |

### ORDER

**THIS MATTER** having come before the above-entitled Court based upon the stipulation of the parties, and the Court being fully advised in the premises, now, therefore, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the claims of the plaintiffs, be and the same are hereby dismissed with prejudice with all parties to bear their own costs and attorney's fees.

    DONE IN OPEN COURT 7th day of May, 2007.

                                                                                    _/s/ Karen L. Strombom_<br>
                                                                                   Karen L. Strombom<br>
                                                                                   United States Magistrate Judge

Presented by:

ELIZABETH A. PAULI, City Attorney

By: _____<br>
JEAN P. HOMAN<br>
WSB #27084<br>
Attorney for Defendants

Approved as to Form and
Notice of Presentment Waived:

LAW OFFICES OF MONTE E. HESTER, P.S.


By: _____
    BRETT A. PURTZER
    WSB #17283
    Attorney for Plaintiffs